# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

December 15, 2021

**VIA CM/ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street - Courtroom 12D
New York, NY 10007

     Re: Norris v. David E. Azar, Inc., et al.
       Case 1:21-cv-07292-JPC

Dear Judge Cronan:

 Pursuant to the Order to Show Cause [D.E. 9], dated December 1, 2021, whereby Plaintiff is to move for default judgment as to Defendants no later than December 15, 2021, or show cause why this case should not be dismissed for failure to prosecute, counsel for Plaintiff states the following:

 Service of a courtesy copy of the Complaint and Summons and Order [D.E.9], was submitted by Federal Express to the subject facility and by courier to the Tenant/Defendant, David E. Azar, Inc. Also, the general counsel for Landlord/Defendant, 174 Broadway LLC, contacted the undersigned's office and a copy of said Order [D.E.9] was remitted by email to him. *See [D.E. 10], Certificate of Service.* Counsel for Landlord/Defendant, 174 Broadway LLC, communicated he will be filing for an extension to answer the Complaint for the Landlord/Defendant and he likely will be filing for the Tenant/Defendant, and relays, he has been in contact with Tenant/Defendant's attorney.

 The undersigned, therefore, respectfully requests a stay of any movement for default judgment, until the time that counsel for the Defendants file their appearance in this matter.

 This Court may wish to take notice that this is the first request for a stay for a motion for default judgement with regard to this Order [D.E.9]. Thank you for your attention to this request.

Sincerely,

By: /S/ B. Bradley Weitz
  B. Bradley Weitz, Esq. (BW9365)
  THE WEITZ LAW FIRM, P.A.
  Attorney for Plaintiff
  Bank of America Building
  18305 Biscayne Blvd., Suite 214
  Aventura, Florida 33160
  Telephone: (305) 949-7777
  Facsimile: (305) 704-3877
  Email: bbw@weitzfirm.com

This request is granted. The deadlines and conference for default judgment are adjourned *sine die*. Plaintiff shall file a letter by January 16, 2022, updating the Court on the status of this case.

SO ORDERED.
Date: December 15, 2021
New York, New York

_____
JOHN P. CRONAN
United States District Judge